## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: United States of America v. Village of Tinley Park, Illinois

Case Number: 16-CV-10848

An appearance is hereby filed by the undersigned as attorney for:
Village of Tinley Park, Illinois

Attorney name (type or print): David B. Montgomery

Firm: Kozacky Weitzel McGrath

Street address: 55 W. Monroe St., Suite 2400

City/State/Zip: Chicago, Illinois 60603

Bar ID Number: 6205164
(See item 3 in instructions)

Telephone Number: (312) 696-0994

Email Address: dmontgomery@kwmlawyers.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | | ✓ |
| Are you acting as local counsel in this case? | | ✓ |
| Are you a member of the court's trial bar? | ✓ | |
| If this case reaches trial, will you act as the trial attorney? | | ✓ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 06/20/2017

Attorney signature: S/ David B. Montgomery

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015