**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: United States of America v.          Case Number: 16 CV 10848
Village of Tinley Park, Illinois

An appearance is hereby filed by the undersigned as attorney for:
Village of Tinley Park

Attorney name (type or print):  Jessica Fricke Garro

Firm:    Kozacky Weitzel McGrath P.C.

Street address:      55 W. Monroe, Suite 2400

City/State/Zip:    Chicago, Illinois, 60603

Bar ID Number:  6303338                Telephone Number:    312-696-0900
(See item 3  in instructions)

Email Address: jgarro@kwmlawyers.com

Are you acting as lead counsel in this case?              ☐ Yes    ☒ No

Are you acting as local counsel in this case?             ☐ Yes    ☒ No

Are you a member of the court's trial bar?                ☐ Yes    ☒ No

If this case reaches trial, will you act as the trial attorney?   ☐ Yes    ☒ No

If this is a criminal case, check your status.    ☐    Retained Counsel

                                                  ☐    Appointed Counsel
                                                       If appointed counsel, are you a

                                                       ☐ Federal Defender

                                                       ☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 6/19/2017

Attorney signature:      S/ Jessica Fricke Garro _____
                         (Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015