**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 16-cv-10848 |
| | ) | |
| v. | ) | Judge Sara L. Ellis |
| | ) | |
| VILLAGE OF TINLEY PARK, ILLINOIS, | ) | Magistrate Judge Michael T. Mason |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

Please take notice that on July 19, 2017 at 9:45 a.m., I will appear before the Honorable Sara L. Ellis, or any judge sitting in her stead, in the courtroom occupied by her, Room 1403, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois and present Defendant's Motion for Entry of an Agreed Confidentiality Order, a copy of which is served upon you.

Respectfully submitted,

Village of Tinley Park, Illinois

By: /s/ Alastar S. McGrath
One of its attorneys

Paul J. Kozacky
Alastar S. McGrath
Jerome R. Weitzel
Michael D. Gallo
Larry J. Lipka
KOZACKY WEITZEL McGRATH, P.C.
55 West Monroe, 24th Floor
Chicago, IL 60603
(312) 696-0900

**CERTIFICATE OF SERVICE**

    The undersigned attorney, on oath, certifies that on June 21, 2017, he served Defendant's Motion for Entry of an Agreed Confidentiality Order and the foregoing Notice of Motion via the ECF system to all parties that have consented to same in accordance with applicable Federal Rules of Civil Procedure and Local Rules of the U.S. District Court for the Northern District of Illinois.

                    /s/ Alastar S. McGrath

Paul J. Kozacky
Alastar S. McGrath
Jerome R. Weitzel
Michael D. Gallo
Larry J. Lipka
KOZACKY WEITZEL McGRATH, P.C.
55 West Monroe, 24th Floor
Chicago, IL 60603
(312) 696-0900