UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 16 CV 10848 |
| | ) | |
| v. | ) | Judge Sara L. Ellis |
| | ) | |
| VILLAGE OF TINLEY PARK, ILLINOIS, | ) | Magistrate Judge Michael T. Mason |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MOTION FOR ENTRY OF AGREED STIPULATION AND ORDER REGARDING DISCOVERY

The United States of America, by and through its attorneys, seeks entry of the attached Agreed Stipulation and Order Regarding Discovery (Exh. A), and in support thereof states as follows:

1. The United States and the Village of Tinley Park, Illinois (the "Village") agreed upon the terms set forth in Exhibit A for purposes of conducting discovery in this litigation.

2. The parties made every effort to ensure that the terms set forth in Exhibit A comport with the Federal Rules of Civil Procedure as well as all applicable local rules.

3. A copy of the proposed Agreed Stipulation and Order Regarding Discovery is also being emailed to the Court pursuant to its standing order.

WHEREFORE, for the reasons discussed above, the United States respectfully requests that the Court enter the proposed Agreed Stipulation and Order Regarding Discovery.

Respectfully submitted,

| | |
|---|---|
| JOEL R. LEVIN | T.E. WHEELER, II |
| Acting United States Attorney | Acting Assistant Attorney General |
| Northern District of Illinois | Civil Rights Division |
| | |
| /s/ Michael J. Kelly | SAMEENA SHINA MAJEED |
| MICHAEL J. KELLY | Chief |
| Assistant United States Attorney | |
| Northern District of Illinois | /s/ Amie S. Murphy |
| 219 South Dearborn Street, 5th Floor | TIMOTHY J. MORAN |
| Chicago, Illinois  60604 | Deputy Chief |
| Phone:  (312) 353-4220 | AMIE S. MURPHY |
| michael.kelly@usdoj.gov | Trial Attorney |
| | Housing and Civil Enforcement Section |
| | Civil Rights Division |
| | U.S. Department of Justice |
| | 950 Pennsylvania Avenue, NW |
| | Northwestern Building, 7th Floor |
| | Washington, D.C.  20530 |
| | Phone:  (202) 353-1285 |
| | amie.murphy@usdoj.gov |