## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
## Eastern Division

United States of America

                Plaintiff,

v.                                               Case No.: 1:16–cv–10848
                                                              Honorable Sara L. Ellis

Village of Tinley Park, Illinois

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 13, 2017:

      MINUTE entry before the Honorable Sara L. Ellis: Motion hearing held on 9/13/2017. Defendant's motion to certify controlling questions of law for interlocutory appeal [60] is denied for the reasons stated in open court. Next status date set for 11/28/2017 at 9:30 AM for ruling on motion to dismiss. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.