UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2016 CV 10848 |
| v. ) | |
| ) | Hon. Sarah L. Ellis |
| VILLAGE OF TINLEY PARK, ILLINOIS, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF MOTION**

     **PLEASE TAKE NOTICE** that on Wednesday, June 13th at 9:45 a.m., I will appear before the Honorable Sarah L. Ellis., or any judge sitting in her stead, in the courtroom occupied by her, Room 1403, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois and present the Village of Tinley Park's Motion for an Extension of Time to Submit Transcripts to The Court, a copy of which has been served upon you.

                                          Respectfully submitted,

                                          ALASTAR S. McGRATH


                                          By:    /s/ Alastar S. McGrath

Jerome R. Weitzel
Alastar S. McGrath
Larry L. Lipka
KOZACKY WEITZEL MCGRATH, P.C.
55 W. Monroe St., Ste. 2400
Chicago, Illinois 60603
(312) 696-0900

**CERTIFICATE OF SERVICE**

        The undersigned attorney, on oath, certifies that on June 7, 2018, he served the foregoing NOTICE OF MOTION and the VILLAGE OF TINLEY PARK'S MOTION FOR AN EXTENSION OF TIME TO SUBMIT TRANSCRIPTS TO THE COURT via the ECF system to all parties that have consented to same in accordance with applicable Federal Rules of Civil Procedure and Local Rules of the U.S. District Court for the Northern District of Illinois.

                                                    /s/ Alastar S. McGrath