**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

United States of America

                    Plaintiff,

v.                                                   Case No.: 1:16–cv–10848
                                                   Honorable Sara L. Ellis

Village of Tinley Park, Illinois

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 20, 2018:

      MINUTE entry before the Honorable Sara L. Ellis: Status and motion hearing held on 6/20/2018. Joint motion to resolve discovery dispute #4 [86] is taken under advisement. The Court to issue Order with statement by 6/22/2018. Discovery stayed pending mediation. If case does not settle, parties are required to present a discovery plan at next status hearing. Status hearing set for 8/15/2018 at 9:30 AM. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.